UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CHRISTOPHER GALVAN

    Plaintiff,

vs.                                      CIVIL NO.: 13-CV-14150-DT

COMMISSIONER OF                HON. ROBERT H. CLELAND
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The case was referred to United States Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. The magistrate judge issued her report on January 30, 2015 recommending that this court grant in part Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment and that pursuant to sentence four of 42 U.S.C. § 405(g), the case be remanded for further proceedings. No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

Having reviewed the file and the report, the court determines that the findings and conclusions of the magistrate judge are correct and **ADOPTS** the same for purposes of this order. Therefore,

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See <u>Thomas v. Arn</u>, 474 U.S. 140,149 (1985).

## ORDER

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's Motion for Summary Judgment is **GRANTED IN PART,** the Defendant's Motion for Summary Judgment is **DENIED** and the case is **REMANDED** for further proceedings pursuant to Sentence four of 42 U.S.C. § 405(6).


    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 12, 2015, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522